**FILED**

NOV 3 0 2016

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Pawel Wlodarczyk,<br><br>　　　　　　　　　　Defendant. | Case No. 16cr0262-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18:371; 8:1324(b), 18:982(a)(6), 28:2461(c) - Conspiracy; Criminal Forfeiture(1); 18:371; 18:982(a)(6), 28:2461(c) - Conspiracy to Bring In Certain Aliens; Criminal Forfeiture (1s);8:1324(a)(2)(B)(ii), 18:2; 8:1324(b), 18:982(a)(6), 28:2461(c) - Attempted to Bring in Certain Aliens for Financial Gain; Criminal Forfeiture (2-9);8:1324(a)(2)(B)(ii), 18:2; 18:982(a)(6), 28:2461(c) - Bringing in Certain Aliens for Financial Gain; Aiding and Abetting; Criminal Forfeiture (2s-9s); 8:1327; 18:2; 18:982(a)(6), 28:2461(c) - Conniving and Conspiring to Bring Inadmissible Alien; Aiding and Abetting; Criminal Forfeiture (10s-11s)

Dated: 11/18/2016

　　　　　　　　　　　　　　　　　　　_/s/ Barry Ted Moskowitz_
　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　United States District Judge